IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

     Plaintiff,                        No. CIV S-06-1049 FCD DAD P

     vs.

ARNOLD SCHWARZENEGGER,

     Defendant.                 <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order filed July 10, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 7, 2006 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 14, 2006.

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
lafa1049.36