IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

    Plaintiff,                    No. CIV S-06-1049 FCD DAD P

    vs.

ARNOLD SCHWARZENEGGER,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of July 10, 2006. Good cause appearing, IT IS ORDERED that:

        1. Plaintiff's August 28, 2006 request for extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: September 5, 2006.

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
lafa1049.36s