IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

        Plaintiff,               No. CIV S-06-1049 FCD DAD P

   vs.

ARNOLD SCHWARZENEGGER,

        Defendant.        <u>ORDER</u>

_____/

        On July 10, 2006, plaintiff's civil rights complaint was dismissed with leave to amend.  The July 10, 2006 order sets out the applicable legal standards and provides extensive analysis of the issues raised by plaintiff.  Plaintiff subsequently requested and received two extensions of time to amend his complaint.  The amended complaint is now two weeks overdue.

        Prior to the October 5, 2006 deadline, the court received from plaintiff two letters in which he expressed concern about meeting the deadline, but did not request a further extension of time.  In the interests of justice, the court will construe plaintiff's letters as yet another request for extension of time.  A final extension of time will be granted by this order.  If plaintiff fails to file his amended complaint within thirty days after this order is filed, the undersigned will recommend that the district judge dismiss this action without prejudice to the filing of a new action when plaintiff is ready to proceed.

1    Accordingly, IT IS ORDERED that:

2    1.  Plaintiff's letters filed September 14, 2006, and September 29, 2006, are

3    construed as a request for a third extension of time; and

4    2.  Plaintiff is granted thirty days from the date on which this order is filed in

5    which to file an amended complaint; no further extension of time will be granted for this

6    purpose; failure to file a timely amended complaint will result in a recommendation that this

7    action be dismissed without prejudice.

8    DATED: October 20, 2006.

9

10

DALE A. DROZD
11   UNITED STATES MAGISTRATE JUDGE

12   DAD:13
     lafa1049.36t

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2