IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

      Plaintiff,                     No. CIV S-06-1049 FCD DAD P

    vs.

ARNOLD SCHWARZENEGGER,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On October 8, 2008, the court issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim.

        On October 27, 2008, plaintiff filed a letter informing the court that his prison is on lockdown and that he would alert the court when the lockdown is lifted and he is ready to proceed with this action. Plaintiff is advised that he has a duty to diligently prosecute his case. In the interests of justice, however, the court will grant plaintiff a thirty-day extension of time to file objections, if any, to the court's findings and recommendations.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order to file objections, if any, to the court's October 8, 2008 findings and recommendations.

DATED: November 12, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lafa1049.36obj