IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOVIA LAFAELE,

          Plaintiff,               No. CIV S-06-1049 FCD DAD P

    vs.

ARNOLD SCHWARZENEGGER,

          Defendant.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  On October 8, 2008, the court issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim.

        On December 9, 2008, plaintiff filed a letter informing the court that he may not be able to timely file his objections due to unforeseen circumstances, specifically, inclement weather lockdowns.  The court has construed plaintiff's letter as a second request for an extension of time.  Good cause appearing, the court will grant plaintiff a thirty-day extension of time to file objections to the court's findings and recommendations.

/////

/////

1

1           In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted

2    thirty days from the date of service of this order to file objections, if any, to the court's October

3    8, 2008 findings and recommendations.

4    DATED: December 16, 2008.

5

6                               Dale A. Drozd

7                         DALE A. DROZD
                     UNITED STATES MAGISTRATE JUDGE

8    DAD:9
    lafa1049.36obj(2)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26